■ The People of the State of New York, Respondent, v Omar Pagan, Appellant. [843 NYS2d 850]—Appeal from a judgment of the County Court of Chemung County (Buckley, J.), rendered June 19, 2006, convicting defendant upon his plea of guilty of the crime of attempted promoting prison contraband in the first degree.

In satisfaction of a two-count indictment, defendant pleaded guilty to attempted promoting prison contraband in the first degree. In accordance with the plea agreement, he was sentenced as a second felony offender to 1½ to 3 years in prison, to run consecutive to the sentence he was then serving. Defendant now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record, counsel's brief and defendant's pro se submission, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Cardona, P.J., Mercure, Crew III, Peters and Carpinello, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.